IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| DONNA GIBSON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 12-0577-CG-B | |
| | ) | | |
| JAY YORK, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the Defendants' Motion to Dismiss Plaintiff's Complaint (Docs. 13, 23) are **GRANTED**, and that this action hereby is **DISMISSED** with prejudice for lack of subject matter jurisdiction and for failure to state a claim.

**DONE and ORDERED** this 24th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE